UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| SHEET METAL WORKS LOCAL N0. 20 ) | | |
| WELFARE AND BENEFIT FUND, *et al.*, ) | | |
| Petitioners, ) | No. 23-mc-01075 | |
| ) | | |
| vs. ) | | |
| EXPRESS SCRIPTS, INC., ) | | |
| Respondent. ) | | |
| _____) | | |
| CVS PHARMACY, INC., ) | | |
| Petitioner, ) | No. 23-mc-01109 | |
| ) | | |
| vs. ) | | |
| EXPRESS SCRIPTS, INC. ) | | |
| Respondent. ) | | |

## **OPINION, MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiffs' Motion to Compel Production of Documents in Response to Rule 45 Subpoena [Doc. No. 1]. There is opposition to the Motion.

The court has reviewed all briefing related to the motion and fully considered the relevant arguments and authorities.

Based upon the foregoing review, the Court concludes the motion to compel is meritorious.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Compel, [Doc. No 1] is **granted**. The responsible parties-respondent shall comply with the subpoena requests within 21 days from the date of this Opinion.

Dated this 7th day of November, 2023.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE